UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-378-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| DEAN WALTER LOVE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Possession of Marijuana with Intent to Distribute

<u>Date of Detention Hearing</u>:    November 13, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.        Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  dangerousness and flight risk, under 18 U.S.C. §3142(e).

02      2.      Defendant is a citizen of Australia, with landed immigrant status in Canada.  An

03  immigration detainer has been lodged.  Defendant has no known ties to this District.

04      3.      Defendant is not employed and has a somewhat transient lifestyle.  He is alleged

05  to have a history of substance abuse.  He does not contest detention.

06      4.      Taken as a whole, the record does not effectively rebut the presumption that no

07  condition or combination of conditions will reasonably assure the appearance of the defendant as

08  required and the safety of the community.

09  It is therefore ORDERED:

10      (1)      Defendant shall be detained pending trial and committed to the custody of the

11          Attorney General for confinement in a correction facility separate, to the extent

12          practicable, from persons awaiting or serving sentences or being held in custody

13          pending appeal;

14      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

15          counsel;

16      (3)      On order of a court of the United States or on request of an attorney for the

17          Government, the person in charge of the corrections facility in which defendant is

18          confined shall deliver the defendant to a United States Marshal for the purpose of

19          an appearance in connection with a court proceeding; and

20  / / /

21  / / /

22  / / /

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 2

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this <u>13th</u> day of November, 2007.


Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3